IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROETHEL L. DAVIS,

        Plaintiff,

        v.

MUJLTNOMAH COUNTY SHERIFFS, et al.,

        Defendants.

Case No. 3:25-cv-00063-AR

**ORDER TO DISMISS**

**IMMERGUT, District Judge**

Plaintiff Roethel L. Davis, an adult currently in custody at the Oregon State Penitentiary, brings this 42 U.S.C. § 1983 civil rights action challenging the conditions of his prior custody at the Multnomah County Inverness Jail. On March 3, 2025, Magistrate Judge Jeff Armistead issued an Order to Amend (ECF No. 8) finding that Davis' Complaint failed to state a claim upon which relief may be granted, advising Davis of the deficiencies of his Complaint, and requiring Davis to file an Amended Complaint within 30 days or face dismissal of this action under 28 U.S.C. §§ 1915(e)(2) and 1915A(b). Judge Armistead also advised Davis that if he did not file an Amended Complaint within the time provided, an order and judgment of dismissal would be entered.

Davis did not file an Amended Complaint. Accordingly, for the reasons set forth in Judge Armistead's Order to Amend, IT IS ORDERED that this action is DISMISSED for failure to state a claim upon which relief may be granted.

DATED: 04/10/25

_Karin J. Immergut_
Karin J. Immergut
United States District Judge

1 – ORDER TO DISMISS